FIRST DEPARTMENT, JUNE, 1946.

(June 7, 1946.)

JOHN A. MULLIGAN, Respondent, v. MICWIEL COMPANY, INC., et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.